**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-20988-KMM

FERNANDO PINEDA,

    Plaintiff,

v.

SOCIAL SECURITY,[1]

    Defendant.

_____ /

**ORDER**

THIS CAUSE came before the Court upon *pro se* Plaintiff Fernando Pineda's ("Plaintiff") Application to Proceed in District Court Without Prepayment of Fees or Costs. ("Mot.") (ECF No. 3). The matter was referred to United States Magistrate Judge Lauren F. Louis "for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." (ECF No. 2). On May 25, 2022, Magistrate Judge Louis issued a Report and Recommendation, ("R&R") (ECF No. 4), recommending that Plaintiff's Application be denied and that the Complaint, (ECF No. 1), be dismissed with leave to amend. *See generally* R&R. Plaintiff failed to file Objections to the Report and Recommendation, and the time to do so has passed. The matter is now ripe for review. As set forth below, the Report and Recommendation is ADOPTED.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the Report and Recommendation, Magistrate Judge Louis finds that Plaintiff's

---

[1] As noted in the Report and Recommendation issued by United States Magistrate Judge Lauren F. Louis, the proper defendant in this action is the "Commissioner of Social Security."

Complaint "not only fails to allege that he was denied benefits upon review of a decision by the SSA Commissioner, but it also fails to allege that he was denied *any* disability benefits." R&R at 4. Accordingly, Magistrate Judge Louis recommends that the Complaint be dismissed because there is "no basis for the Court to find that it has subject matter jurisdiction over a present dispute." *Id.*

The Court agrees with Magistrate Judge Louis's finding in the Report and Recommendation.

Accordingly, UPON CONSIDERATION of the Report and Recommendation, the Application, the Complaint, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Report and Recommendation (ECF No. 4) is ADOPTED and Plaintiff's Application to Proceed in District Court Without Prepayment of Fees or Costs (ECF No. 3) is DENIED. It is further ORDERED AND ADJUDGED that Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff is afforded leave to file an amended complaint within twenty-one (21) days, addressing the deficiencies set forth in the Report and Recommendation. The Clerk of Court is INSTRUCTED to ADMINISTRATIVELY CLOSE this case. All pending motions, if any, are DENIED AS MOOT. This case will be reopened upon the filing of amended complaint. If Plaintiff fails to file an amended complaint by the deadline set forth herein, this case shall remain closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of June, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:	Fernando Pineda
	1560 NE 127th ST
	Apt 114
	Miami, FL 33161
	PRO SE